**No. 09-11060. Quintin Tyrone Anderson, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3530, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5487.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 30.